ACCEPTED
03-14-00559-CR
3666090
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/6/2015 1:54:53 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00559-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/6/2015 1:54:53 PM
JEFFREY D. KYLE
Clerk

In The Court of Appeals
For The Third Court of Appeals District
Austin, Texas

**Zane Lynn Barton,**
*Appellant,*
**v.**
**The State of Texas,**
*Appellee.*

ON APPEAL FROM THE 22nd DISTRICT COURT, HAYS
COUNTY, TEXAS TRIAL COURT CAUSE NO. CR-13-0614

## APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

Amanda Erwin
State Bar No. 24042939
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Amanda@theerwinlawfirm.com
*Counsel for Zane Lynn Barton*

## Identity of Parties and Counsel

**Appellant's Appellate Counsel:**

Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Amanda@theerwinlawfirm.com


**Appellee:**

The Honorable Wes Mau
Hays County District Attorney
Hays County Government Center
712 South Stagecoach Trail, Suite 2057
San Marcos, Texas 78666

TO THE HONORABLE ELEVENTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5 and 38.6(d), the Appellant, Zane Lynn Barton, files this First Motion to Extend Time to File Appellant's Brief.

The Appellant's opening brief is currently due on **January 7, 2015**.

Counsel for Appellant, Zane Lynn Barton, requests a 60-day extension of time to file Appellant's brief, making the brief due on **March 9, 2015**. This is the first request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

1) Counsel for Appellant has several approaching jury trial settings in District and County Courts, including a murder trial and two sexual assault of a child trials.

2) Further, Counsel has been out on maternity leave, and is returning back to the office of January 19, 2015.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant respectfully requests that this Court grant this First Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to **March 9, 2015**. Appellant requests all other relief to which Appellant may be entitled.

Respectfully Submitted,

/s/ Amanda Erwin
Amanda Erwin
The Erwin Law Firm, L.L.P.
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
Telephone: (512) 938-1800
Telecopier: (512) 938-1804
Amanda@theerwinlawfirm.com
Attorney for Appellant

**CERTIFICATE OF SERVICE**

I certify that of January 7, 2015, a copy of this motion was delivered to the attorney of record for the opposing party:

> The Honorable Wes Mau
> Hays County District Attorney
> Hays County Government Center
> 712 South Stagecoach Trail, Suite 2057
> San Marcos, Texas 78666

By electronically sending it through File & ServeXpress, LLC, this the 7th day of January 2015.

/s/ Amanda Erwin
Amanda Erwin